# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAVIS D. JOSEPH, SR.

NO. 2021 KW 0301

MAY 10, 2021

---

In Re: Travis D. Joseph, Sr., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 16-CR-000034.

---

BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.

WRIT DENIED.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT